# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIFEFORCE CYROBANK SCIENCES, INC.,**

      **Plaintiff,**

v.                                               Case No:   6:20-cv-316-Orl-31DCI

**RSUI INDEMNITY COMPANY and STARSTONE SPECIALTY INSURANCE COMPANY,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Attorney's Fees Following Remand (Doc. 19) filed April 6, 2020.

On April 28, 2020, the United States Magistrate Judge issued a report (Doc. 24) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees Following Remand is **DENIED**.

3. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 13, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party